1014

[No. 39820-2-I.    Division One.    June 1, 1998.]

SUPERIOR REFUSE REMOVAL, INC., *Appellant,* v.
PRICE/COSTCO, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 95-2-08987-9, Marsha J. Pechman, J., entered
October 20, 1996. *Affirmed* by unpublished opinion per
Agid, A.C.J., concurred in by Coleman and Becker, JJ.

[No. 39979-9-I.    Division One.    June 1, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. VINCENT LEE
BRYANT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 94-1-02096-6, John M. Darrah, J., entered
January 6, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 40022-3-I.    Division One.    June 1, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. CEDRIC MARVIN
JACKSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 96-1-04686-4, William L. Downing, J., entered
December 23, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 40211-1-I.    Division One.    June 1, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. ISAAC SMITH,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 96-1-05835-8, Stephen G. Scott, J., entered
February 18, 1997. *Affirmed* by unpublished per curiam
opinion.